UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ALEXANDER BECKER, et al.,

    Plaintiffs,

    v.

COUNTY OF ALAMEDA, et al.,

    Defendants.

Case No. 15-cv-1664-PJH

**ORDER GRANTING MOTION TO DISMISS**

On October 28, 2015, defendants' motion to dismiss came on for hearing before this court. Plaintiffs Alexander Becker and Stuart Becker ("plaintiffs") appeared through their counsel, Benjamin Nisenbaum. Defendants County of Alameda, Wesley Chea, Gary Codde, and Fenton Culley ("defendants") appeared through their counsel, Amy Leifur Halby. Having read the papers filed in conjunction with the motion and carefully considered the arguments and the relevant legal authority, and good cause appearing, the court hereby GRANTS defendants' motion as stated at the hearing and as follows.

At the hearing, plaintiffs conceded that the two claims brought by Stuart Becker are time barred. Accordingly, the third and sixth causes of action, to the extent asserted by Stuart Becker, are dismissed without leave to amend.

Plaintiffs also conceded that the operative first amended complaint ("FAC") fails to plead facts regarding the tolling of plaintiff Alexander Becker's claims during the time that criminal charges were pending against him. Thus, as stated at the hearing, defendants' motion to dismiss the second through sixth causes of action brought by Alexander Becker is GRANTED with leave to amend. Plaintiff shall have until **November 25, 2015** to file a

1 second amended complaint in accordance with this order, and defendants shall have 21
2 days thereafter to answer or otherwise respond to the complaint.  No new claims or
3 parties may be added without leave of court or the agreement of all parties.
4   Finally, defendants argue that the state law claims asserted against the county
5 (i.e., the second, third, fifth, and sixth causes of action) fail to identify a statutory basis for
6 the county's liability.  However, as noted at the hearing, the second cause of action does
7 cite California Civil Code § 52.1.  Defendants' motion is DENIED on this basis as to the
8 second cause of action, but GRANTED with leave to amend as to the third, fifth, and sixth
9 causes of action.

10 **IT IS SO ORDERED.**
11 Dated:  October 29, 2015

_____
PHYLLIS J. HAMILTON
United States District Judge