UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL MINUTES

**Date:** January 7, 2016 (Time: 13 Minutes)          **JUDGE:** Phyllis J. Hamilton

**Case No:**   C-15-1664PJH
**Case Name:**   Alexander Becker et al. v. County of Alameda et al.

**Attorney(s) for Plaintiff:**   Ben Nisenbaum
**Attorney(s) for Defendants:**   Michael Wenzel

**Deputy Clerk:** Jean Ballard          **Court Reporter:** Not Reported

PROCEEDINGS

   Initial Case Management Conference-Held.  A pretrial schedule is set. Plaintiff's counsel is reminded that lead counsel must appear at the initial case management conference.  The parties inform the Court that the ADR phone conference was completed.  Counsel shall dismiss does defendants before the deadline to amend the pleadings.  The deadline to amend the pleadings is no later than 90 days before the fact discovery cutoff date.

**REFERRALS:**
[X]Case referred to (direct) Magistrate Judge Laurel Beeler for SETTLEMENT CONFERENCE to be completed by 5 months, or as soon thereafter as is convenient for the judge.

**PRETRIAL SCHEDULE:**

**Non-Expert Discovery cutoff: September 7, 2016**
**Expert disclosure: December 2, 2016**
**Expert discovery cutoff: January 13, 2017**
**Dispositive Motions heard by: December 21, 2016**
Pretrial Conference: March 23, 2017 at 2:00 p.m.
Trial: April 24, 2017 at 8:30 a.m., for 6 days, by [x] Jury [] Court

Order to be prepared by:   [] Pl [] Def [x] Court
Notes:
cc: Chambers